# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN DEFAY | *<br>*<br>*  21-mj-06000-DEA-1<br>*<br>*<br>*<br>***** |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

**[✓]** That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

**[✓]** Video Teleconferencing

**[ ]** Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   **[ ]** The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   **[ ]** Other:

Date: February 14, 2022

_____
Honorable Douglas E. Arpert
United States Magistrate Judge